1  Marcia Hofmann (SBN 250087)
   ZEITGEIST LAW PC
2  25 Taylor St.
   San Francisco, CA 94102
3  Email: marcia@zeitgeist.law
   Telephone: (415) 830-6664
4
5  Attorney for Plaintiff CORA CURRIER

6
                    UNITED STATES DISTRICT COURT
7
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                     SAN FRANCISCO DIVISION
9
                                    )
10                                  )
                                    )
   CORA CURRIER,                    )     Case No. 3:17-cv-01799
11                                  )
                  Plaintiff,        )
12                                  )
                                    )
   v.                               )     **PROOF OF SERVICE**
13                                  )
                                    )
14 DEPARTMENT OF HOMELAND SECURITY, )
                                    )
15 DEPARTMENT OF STATE,             )
                                    )
16   and                            )
                                    )
17 DEPARTMENT OF JUSTICE,           )
                                    )
18                Defendants.       )
                                    )
19 ─────────────────────────────────

20     I, Kendra Albert, do hereby affirm that I am over the age of 18 years and not a party to the

21 above-captioned action. My business address is 25 Taylor Street, San Francisco, California 94102.

22     On April 6, 2017, I served the following documents by hand upon Diann Lackey, paralegal

23 at the Office of the United States Attorney, 450 Golden Gate Avenue, San Francisco, CA 94102:

24
        • Summons in a Civil Action
25      • Complaint for Injunctive Relief
        • Civil Cover Sheet
26      • Plaintiff Cora Currier's Certification of Interested Entities or Persons
        • Order Setting Initial Case Management Conference and ADR Deadlines
27      • Cora Currier's Consent or Declination to Magistrate Judge Jurisdiction
        • Civil Standing Order for Magistrate Judge Jacqueline Scott Corley
28

                                      -1-

- Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement
- Settlement Conference Standing Order for Magistrate Judge Jacqueline Scott Corley
- Filing Procedures (San Francisco)
- ECF Registration Information
- Notice of a Lawsuit and Request to Waive Service of a Summons
- Waiver of the Service of Summons
- Notice of Availability of Magistrate Judge to Exercise Jurisdiction
- Notice of Assignment of Case to a United States Magistrate Judge for Trial
- Consenting to the Jurisdiction of a Magistrate Judge
- ADR Dispute Resolution Procedures

I also served the following United States federal agencies by United States Certified Mail:

Attorney General
Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530-0001

Office of the General Counsel
Department of Homeland Security
245 Murray Lane SW
Mail Stop 0485
Washington, DC  20528

Department of State
2201 C Street NW
Washington, DC  20520

Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530-0001

I deposited the sealed envelopes with the United States Postal Service with postage fully paid. I am a resident of the county where the mailing occurred. The envelopes were placed in the mail in San Francisco, California. Attached are true and correct versions of the tracking information for those envelopes.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on April 12, 2017.

By _____
Kendra Albert

PROOF OF SERVICE

# USPS Tracking® Results

**FAQs** › **(http://faq.usps.com/?articleId=220900)**

Track Another Package  **+**

Remove ✕

**Tracking Number:** 70170530000084074459

 Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 12, 2017, 5:36 am** | **Delivered** ▲ | **WASHINGTON, DC 20530** |
| | Your item was delivered at 5:36 am on April 12, 2017 in WASHINGTON, DC 20530. | |
| April 11, 2017, 11:15 am | Available for Pickup | WASHINGTON, DC 20530 |
| April 11, 2017, 6:23 am | Arrived at Unit | WASHINGTON, DC 20018 |
| April 8, 2017, 6:15 am | In Transit to Destination | |

See More ⌄

## Available Actions

**Text Updates**  ⌄

**Email Updates**  ⌄

See Less ⌃

Remove ✕

**Tracking Number:** 70170530000084074473

 Delivered

**Updated Delivery Day:** Tuesday, April 11, 2017  ⓘ

# Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 11, 2017, 10:26 am** | **Delivered, To Mail Room** | **WASHINGTON, DC 20528** |

Your item has been delivered to the mail room at 10:26 am on April 11, 2017 in WASHINGTON, DC 20528.

| | | |
|---|---|---|
| April 11, 2017, 6:52 am | Arrived at Unit | WASHINGTON, DC 20018 |
| April 8, 2017, 6:15 am | In Transit to Destination | |
| April 6, 2017, 11:15 pm | Departed USPS Origin Facility | SAN FRANCISCO, CA 94188 |

See More ⌄

# Available Actions

| Text Updates | ⌄ |
|---|---|
| Email Updates | ⌄ |

See Less ⌃

Remove ✕

**Tracking Number:** 70170530000084074466

 Delivered

**Updated Delivery Day:** Wednesday, April 12, 2017 ⓘ

# Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 12, 2017, 6:04 am** | **Delivered** | **WASHINGTON, DC 20520** |

Your item was delivered at 6:04 am on April 12, 2017 in WASHINGTON, DC 20520.

| | | |
|---|---|---|
| April 11, 2017, 1:05 pm | Available for Pickup | WASHINGTON, DC 20520 |

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 11, 2017, 12:21 pm | Arrived at Unit | WASHINGTON, DC 20018 |
| April 8, 2017, 6:14 am | In Transit to Destination | |

See More ⌄

## Available Actions

Text Updates ⌄

Email Updates ⌄

See Less ⌃

Remove ✕

**Tracking Number:** 70170530000084074480

Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 12, 2017, 5:36 am** | **Delivered** | **WASHINGTON, DC 20530** |

Your item was delivered at 5:36 am on April 12, 2017 in WASHINGTON, DC 20530.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 11, 2017, 11:15 am | Available for Pickup | WASHINGTON, DC 20530 |
| April 11, 2017, 6:23 am | Arrived at Unit | WASHINGTON, DC 20018 |
| April 8, 2017, 6:15 am | In Transit to Destination | |

See More ⌄

## Available Actions

Text Updates ⌄