1  CHAD A. READLER
   Acting Assistant Attorney General
2
3  BRIAN STRETCH
   United States Attorney
4  ELIZABETH J. SHAPIRO
   Deputy Branch Director
5
6  MATTHEW J. BERNS (DC Bar No. 998094)
   KARI E. D'OTTAVIO (NY Bar No. 5338785)
7  Trial Attorneys
   (202) 305-0568
8  (202) 616-8470 (Fax)
   kari.e.d'ottavio@usdoj.gov
9  United States Department of Justice
   Civil Division
10 Federal Programs Branch
   20 Massachusetts Ave., N.W.
11 Washington, DC 20530

12 *Counsel for Defendants*

13              **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
14              **SAN FRANCISCO DIVISION**

15 CORA CURRIER,                          Case No. 3:17-cv-01799-JSC

16              Plaintiff,                JOINT STATUS REPORT

17       v.                              Date:    September 7, 2017
                                         Time:    2:00 p.m.
18 DEPARTMENT OF HOMELAND SECURITY,       Place:   Courtroom F, 15th Floor
   DEPARTMENT OF STATE,                   Magistrate Judge Jacqueline Scott Corley
19 DEPARTMENT OF JUSTICE, and
   DEPARTMENT OF DEFENSE,
20
                Defendants.
21
22       Plaintiff Cora Currier and Defendants—the Department of State (DOS), the Department of

23 Justice (DOJ), the Department of Defense (DOD), and the Department of Homeland Security (DHS)—

24 respectfully submit this Joint Status Report pursuant to the Court's Minute Order of August 24, 2017

25 [ECF No. 29].[1]

26
27 ─────────────────────
   [1] The components of DOJ and DHS that are processing Plaintiff's requests are:  (1) the Executive Office
28 for United States Attorneys ("EOUSA"); (2) the Federal Bureau of Investigation ("FBI"); (3) the Office
   of Legal Counsel ("OLC"); (4) the Office of Information Privacy ("OIP"); (5) the U.S. Marshals Service
   ("USMS"); (6) the DHS Privacy Office ("DHS-PRIV"); (7) U.S. Customs and Border Protection ("CBP");
   and (8) DHS's Office of the Inspector General ("DHS-OIG").

1      1.      This case arises from multiple Freedom of Information Act (FOIA) requests submitted by

2   Plaintiff, dated February 1, 2017, and April 3, 2017.  The requests seek records from the four defendant

3   agencies, including from multiple offices and/or sub-agencies within them.

4      2.      On August 24, 2017, the Court held a hearing on Plaintiff's Motion for Preliminary

5   Injunction.  The Court denied the Motion for Preliminary Injunction; instructed the parties to meet and

6   confer regarding the processing of Plaintiff's FOIA requests; ordered the parties to file a Joint Status

7   Report by September 6, 2017; and set a status hearing for September 7, 2017.

8      **Discussions Between the Parties Since the Hearing**

9      3.      As instructed, counsel for the parties met and conferred in person on August 24, 2017.

10   The parties discussed potential approaches to narrowing, clarifying, and/or prioritizing Plaintiff's FOIA

11   requests.  And, as discussed further below, counsel for Defendants was able to obtain and provide

12   Plaintiff with new information regarding OLC's processing of Plaintiff's FOIA requests.

13      4.      The parties have continued to confer since August 24, 2017, and to discuss potential

14   approaches to narrowing, clarifying, and/or prioritizing Plaintiff's FOIA requests.  Plaintiff has provided

15   Defendants with a list of types of records that Plaintiff would like Defendants to prioritize or de-

16   prioritize.  Plaintiff also has narrowed the scope of two parts of certain of her FOIA requests, and

17   clarified one of the limitations that Plaintiff has placed on her FOIA requests to DOS in July 2017.

18      5.      During a conference call on August 30, 2017, counsel for Defendants provided counsel

19   for Plaintiff with additional proposals for narrowing the scope of Plaintiff's requests in ways that would

20   allow Defendants to reduce the number of potentially responsive records requiring manual review.

21   These proposals include adjusting the date ranges covered by the FOIA requests, excluding certain

22   agency offices from the scope of the FOIA requests, and making other clarifications or modifications,

23   several of which are agency-specific. Plaintiff is considering these proposals.

24      6.      The parties expect to continue their discussions after the upcoming status hearing.

25      **Production Updates and Status**

26      7.      <u>DOJ-FBI</u>:  FBI released four pages of responsive records with redactions on August 24,

27   2017.  Seven additional pages are pending interagency review, which is now ongoing.

28      8.      <u>DOJ-EOUSA</u>:  EOUSA released 73 pages of responsive records with redactions on

September 5, 2017.  EOUSA's remaining responsive records are pending interagency review, which is now ongoing.

9. <u>DOJ-OLC</u>:  At the hearing on August 24, 2017, Defendants were unable to provide any new information regarding the timetable for OLC's processing of Plaintiff's FOIA requests.  OLC can now represent that it anticipates completing its initial manual responsiveness review of the potentially responsive records that it has not already released to Plaintiff by the end of September 2017.  OLC anticipates beginning rolling productions in October 2017.  (Some productions may consist entirely of the denial in full of a specified number of pages.)  OLC anticipates being able to estimate when it will complete its response to Plaintiff's FOIA requests once OLC has completed its initial manual responsiveness review.

10. <u>DOJ-OIP</u>:  OIP anticipates making its next release, which it anticipates will be approximately 100 pages, in mid-September.  OIP plans to make additional rolling releases on approximately a monthly basis thereafter.  OIP also is actively reviewing records received from other agencies in response to requests for interagency review.

11. <u>DOD</u>:  DOD made another interim production of 56 pages on August 31, 2017, with 17 pages being released in full and 39 pages being withheld in full.  DOD plans to make additional rolling releases on approximately a monthly basis thereafter.

12. <u>DOS</u>:  DOS anticipates making its next interim production on September 8, 2017, and making rolling productions on approximately a monthly basis thereafter.

13. <u>DHS-PRIV</u>:  DHS-PRIV anticipates making its next interim production by September 11, 2017, and to continue making rolling productions thereafter.

14. <u>DHS-CBP</u>:  DHS-CBP anticipates making its next interim production by September 15, 2017, and to continue making rolling productions thereafter.

15. The status for <u>DOJ-USMS</u> and <u>DHS-OIG</u> remains unchanged from the filing of Defendants' brief on August 10, 2017.

| | |
|---|---|
| 1 | Date:   September 6, 2017 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

Date:   September 6, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

BRIAN STRETCH
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Kari E. D'Ottavio*
KARI E. D'OTTAVIO
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
(202) 305-0568
(202) 616-8470 (Fax)
kari.e.d'ottavio@usdoj.gov

*Counsel for Defendants*

*/s/ Marcia Hofmann*
Marcia Hofmann
ZEITGEIST LAW PC
25 Taylor Street
San Francisco, CA 94102
Email: marcia@zeitgeist.law
Telephone: (415) 830-6664

Attorney for Plaintiff CORA CURRIER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### LOCAL RULE 5-1(i) ATTESTATION

I certify that I have obtained Marcia Hofmann's concurrence in the filing of this document.

*/s/ Kari E. D'Ottavio*
Kari E. D'Ottavio