CHAD A. READLER
Principal Deputy Assistant Attorney General

BRIAN STRETCH
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

MATTHEW J. BERNS (DC Bar No. 998094)
Trial Attorney
(202) 616-8016
(202) 616-8470 (Fax)
Matthew.J.Berns@usdoj.gov
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CORA CURRIER, | Case No. 3:17-cv-01799-JSC |
| Plaintiff, | [PROPOSED] SCHEDULING ORDER |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF STATE, DEPARTMENT OF JUSTICE, and DEPARTMENT OF DEFENSE, | |
| Defendants. | |

Upon the joint recommendation of the parties, it is HEREBY ORDERED:

1. That the parties shall file a joint status report on the second Thursday of every month, beginning on January 11, 2018, until further Order of the Court.

2. If any party identifies any issue that the party believes warrants the Court's intervention, the parties shall meet and confer about the issue, and if the parties are unable to resolve the issue, will identify the issue in their next monthly status report and request that the Court schedule a status hearing.

SO ORDERED.

Date: February 9, 2018

HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge

[PROPOSED] SCHEDULING ORDER, Case No. 3:17-CV-01799-JSC - Page 1