JOSEPH H. HUNT
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
KARI E. D'OTTAVIO (NY Bar Reg. No. 5338785)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12310
Washington, D.C. 20005
Tel: (202) 305-0568
Fax: (202) 616-8470
Email: kari.e.d'ottavio@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CORA CURRIER,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF STATE, DEPARTMENT OF JUSTICE, and DEPARTMENT OF DEFENSE,<br><br>    Defendants. | Case No. 3:17-cv-01799-JSC<br><br>[PROPOSED] SCHEDULING ORDER |

Upon the joint recommendation of the parties, it is HEREBY ORDERED that:

1. The parties shall file a joint status report every 90 days, beginning on March 13, 2019, until further Order of the Court.

2. If any party identifies any issue that the party believes warrants the Court's intervention, the parties shall meet and confer about the issue, and if the parties are unable to resolve the issue, will identify the issue in their next joint status report and request that the Court schedule a status hearing.

SO ORDERED.

Date: December 21, 2018

_____
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge