1  THOMAS R. BURKE (State Bar No. 141930)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California  94111
3  Telephone:    (415) 276-6500
   Facsimile:    (415) 276-6599
4  Email:  thomasburke@dwt.com

5  Attorneys for Plaintiff
   CORA CURRIER

6

7  BRIAN M. BOYNTON
   Acting Assistant Attorney General
8  ELIZABETH J. SHAPIRO
   Deputy Branch Director
9  VINITA B. ANDRAPALLIYAL
   Trial Attorney
10 United States Department of Justice
   Civil Division, Federal Programs Branch
11 1100 L Street NW, Room 12310
   Washington, D.C. 20005
12 Tel: (202) 305-0845
   Fax: (202) 616-8470
13 Email: vinita.b.andrapalliyal@usdoj.gov

14 Attorneys for Defendants
   DEPARTMENT OF HOMELAND SECURITY,
15 DEPARTMENT OF STATE, DEPARTMENT OF JUSTICE,
   and DEPARTMENT OF DEFENSE

16

17                IN THE UNITED STATES DISTRICT COURT

18              FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                       SAN FRANCISCO DIVISION

20 | CORA CURRIER, | Case No. 3:17-cv-01799-JSC |
   |---|---|
   | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
   | v. | |
   | DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF STATE, DEPARTMENT OF JUSTICE, and DEPARTMENT OF DEFENSE, | |
   | Defendants. | |

Pursuant to Civil Local Rule 6-1(b) and 7-12, Plaintiff Cora Currier and Defendants Department of Homeland Security, Department of State, Department of Justice, and Department of Defense, jointly stipulate to continue the case management conference, currently scheduled for August 12, 2021, for 60 days to allow counsel for the parties to potentially reach an agreement on the attorneys' fees and costs.  See Declaration of Thomas R Burke, ¶ 2.

Dated:  August 11, 2021

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE


By:  /s/ *Thomas R. Burke*
       THOMAS R. BURKE

Attorneys for Plaintiff
CORA CURRIER

Dated:  August 11, 2021

UNITED STATES DEPARTMENT OF JUSTICE
BRIAN M. BOYNTON
ELIZABETH J. SHAPIRO
VINITA B. ANDRAPALLIYAL


By:  /s/ *Vinita B. Andrapalliyal*
       VINITA B. ANDRAPALLIYAL

Attorneys for Defendants
DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF STATE, DEPARTMENT OF JUSTICE, and DEPARTMENT OF DEFENSE

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The case management conference is continued to October ~~12~~ 21, 2021, at 1:30 p.m.  A case management statement is due by October ~~5~~ 14, 2021, 2021.

Dated:  August __11__, 2021

_____
The Honorable ...
United St...

IT IS SO ORDERED AS MODIFIED
*Jacqueline Scott Corley*
Judge Jacqueline Scott Corley