THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email: thomasburke@dwt.com

Attorneys for Plaintiff
CORA CURRIER

BRIAN M. BOYNTON
Principal Deputy Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
VINITA B. ANDRAPALLIYAL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12310
Washington, D.C. 20005
Tel: (202) 305-0845
Fax: (202) 616-8470
Email: vinita.b.andrapalliyal@usdoj.gov

Attorneys for Defendants
DEPARTMENT OF HOMELAND SECURITY,
DEPARTMENT OF STATE, DEPARTMENT OF JUSTICE,
and DEPARTMENT OF DEFENSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORA CURRIER,<br><br>            Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF STATE, DEPARTMENT OF JUSTICE, and DEPARTMENT OF DEFENSE,<br><br>            Defendants. | Case No. 3:17-cv-01799-JSC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the terms of the parties' Settlement Agreement on December 1, 2021, the parties, by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.

Dated: February 23, 2022             Respectfully submitted,

                                     DAVIS WRIGHT TREMAINE LLP
                                     THOMAS R. BURKE


                                     By:  /s/ *Thomas R. Burke*
                                          THOMAS R. BURKE

                                     Attorneys for Plaintiff
                                     CORA CURRIER

Dated: February 23, 2022             UNITED STATES DEPARTMENT OF JUSTICE
                                     BRIAN M. BOYNTON
                                     ELIZABETH J. SHAPIRO
                                     VINITA B. ANDRAPALLIYAL


                                     By:  /s/ *Vinita B. Andrapalliyal*
                                          VINITA B. ANDRAPALLIYAL

                                     Attorneys for Defendants
                                     DEPARTMENT OF HOMELAND SECURITY,
                                     DEPARTMENT OF STATE, DEPARTMENT OF
                                     JUSTICE, and DEPARTMENT OF DEFENSE

**CERTIFICATION OF CONCURRENCE**

Pursuant to L.R. 5-1, I hereby attest that Vinita B. Andrapalliyal, counsel for Defendants, has provided her concurrence in the electronic filing of the foregoing document entitled STIPULATION OF DISMISSAL WITH PREJUDICE.

                                                */s/ Thomas R. Burke*
                                                  Thomas R. Burke